ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone: (909) 387-5455
Facsimile:  (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

E-FILED 8/25/14
JS-6

Attorneys for Defendants, RYAN GUTIERREZ and COUNTY OF SAN BERNARDINO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| HEATHER DAE DENNIS aka HEATHER DAE HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY SHERIFF RYAN GUTIERREZ, an individual, THE COUNTY OF SAN BERNARDINO and DOES 1 to 10, Inclusive,<br><br>Defendants. | CASE NO. EDCV 13-01278 PSG (SPx)<br><br>**STIPULATION RE: DISMISSAL OF ALL CLAIMS FOR RELIEF;** ORDER<br><br>[FRCP Rule 41 (a)(1)(A)(ii)]<br><br>Pre-Trial Conference:<br>August 25, 2014<br>Trial Date:<br>September 9, 2014<br><br>The Honorable Philip S. Gutierrez |

Plaintiff HEATHER DAE DENNIS and Defendants, COUNTY OF SAN BERNARDINO and DEPUTY GUTIERREZ ("COUNTY") hereby stipulate and agree as follows:

1. To dismissal of all the Claims for Relief by plaintiff HEATHER DAE DENNIS, WITH PREJUDICE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

2. That the parties shall bear their own costs and fees incurred in connection with the prosecution of and/or the defense of the Claims for Relief.

DATED: July 23, 2014

JEAN-RENE BASLE
County Counsel

_____
ALGERIA R. FORD
Deputy County Counsel
Attorneys for Defendants,
RYAN GUTIERREZ and
COUNTY OF SAN BERNARDINO


Law Office of Sherilyn McDonald

DATED: 7/20/14

_____
SHERILYN MCDONALD
Attorney for Plaintiff,
HEATHER DAE DENNIS

IT IS SO ORDERED.
DATED: 8/25/14

_____
U.S. DISTRICT JUDGE